NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WALTER ERNESTO RAYMUNDO-LIMA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 23-2436<br><br>Agency No.<br>A077-260-082<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 10, 2025**
Las Vegas, Nevada

Before: BENNETT, SANCHEZ, and H.A. THOMAS, Circuit Judges.

Walter Ernesto Raymundo-Lima is a native and citizen of El Salvador. He petitions for review of a notice from an immigration court rejecting his attempt to file a third motion to reopen. We dismiss the petition for lack of jurisdiction. *See* 8 U.S.C. § 1252(a)(1) (jurisdiction over final orders of removal).

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The notice issued by the Office of Chief Counsel at the Las Vegas immigration court is not a "final order of removal." *See Alcala v. Holder*, 563 F.3d 1009, 1016 (9th Cir. 2009) ("[W]here there is no final order of removal, this court lacks jurisdiction even where a constitutional claim or question of law is raised."). Raymundo-Lima does not address whether the notice is itself reviewable and has therefore forfeited the issue. *See Hernandez v. Garland*, 47 F.4th 908, 916 (9th Cir. 2022) (holding that issues not "specifically and distinctly" argued in a party's opening brief are forfeited). Nor does he challenge in his brief the propriety of the immigration court issuing the notice in the first instance. *See id*.

**PETITION DISMISSED.**[1]

---

[1] The temporary stay of removal remains in place until the mandate issues.